from March 16, 1926. The question was as to plaintiff's right to the additional $198 " running interest " on plaintiff's claim against De Pilis. The Appellate Division held that the surety company was liable only for the amounts specified in the bond.

*W. N. Seligsberg, Clarence M. Lewis* and *Donald Marks* for appellant.

*William J. McArthur* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF THE CITY OF NEW YORK, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Tax — assessment — exemption — benevolent associations — action to cancel assessments levied upon real property of benevolent association used in part as public restaurant.* .

*Young Women's Christian Assn.* v. *City of New York,* 217 App. Div. 406, affirmed.

(Argued April 7, 1927; decided May 3, 1927.)

APPEAL from a judgment, entered June 24, 1926, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The action was in equity for cancellation of taxes assessed upon real property of the plaintiff for the years 1920, 1921 and 1922. The property in question, situated at the corner of Hudson and West Twelfth street in the city of New York, was used as a rooming and boarding house for working girls, and operated on a cost basis. A restaurant was also conducted in which meals were served not only to the occupants of the building but to the public. The Appellate Division held that the assessments complained of were not illegal.

Prepared by State Reporter from Appeal Papers

*Nathan L. Miller* and *Harold Otis* for appellant.

*George P. Nicholson, Corporation Counsel* (*William H. King* and *Isaac Phillips* of counsel), for respondent.

*Seth T. Cole, William E. Sill* and *George F. Kenna* for State Tax Commission.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES E. EARL, Appellant.

*Appeal — crimes — appeal without permission to Court of Appeals from unanimous affirmance of judgment of conviction dismissed.*

*People* v. *Earl*, 219 App. Div. 840, appeal dismissed.

(Submitted May 2, 1927; decided May 10, 1927.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department entered March 28, 1927, which unanimously affirmed a judgment of the Orange County Court rendered upon a verdict convicting the defendant of operating an automobile while intoxicated.

The motion was made upon the ground that permission to appeal had not been granted.

*Elmer H. Lemon, District Attorney,* for motion.

No one opposed.

Motion granted and appeal dismissed.

---

MARY M. LEDWITH, Appellant, *v.* OTTO A. ROSALSKY, Respondent.

(Submitted May 2, 1927; decided May 10, 1927.)

Motion to amend remittitur denied.   (See 244 N. Y, 406.)